Filed 2/26/21  P. v. Vang CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Siskiyou)

----

|  |  |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>    v.<br><br>CHENG VANG,<br><br>        Defendant and Appellant. | C090958<br><br>(Super. Ct. No. SCCRCRF201816172) |

        Appointed counsel for defendant Cheng Vang asked this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Finding no arguable error that would result in a disposition more favorable to defendant, we will affirm the judgment.

I

        In March 2019, defendant pleaded no contest to threatening or damaging environmental quality by cultivation of marijuana (Health & Saf. Code, § 11358, subd. (d)(3)(C) -- count 2) in exchange for three years' probation, dismissal of the remaining counts, and a promise not to cultivate marijuana for any purpose during the term of probation.  The plea form indicated the factual basis for his plea could be taken from the police report.

1

The following month, defendant indicated he wished to hire private counsel and sentencing was continued. In May, the trial court denied defendant's request to replace his public defender under *People v. Marsden* (1970) 2 Cal.3d 118.

In September 2019, the trial court placed defendant on probation for three years with various terms and conditions. Defendant ultimately obtained a certificate of probable cause.

## II

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*Wende, supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief. More than 30 days elapsed and we received no communication from defendant.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

                                                          /S/

MAURO, Acting P. J.

We concur:

    /S/

DUARTE, J.

    /S/

KRAUSE, J.